LYNN M. TERREBONNE (CA Bar No. 248964)
*lynn@rajpatent.com*
RAJ ABHYANKER, P.C.
1580 W. El Camino Real, Suite 13
Mountain View, CA 94040
Telephone: (650) 965-8731
Facsimile: (650) 989-2131

Attorneys for Plaintiff/Counterclaim Defendant,
*SEACLOUD SOFTWARE, LLC* and
Counterclaim Defendant *XAVIER LAUNAY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEACLOUD SOFTWARE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> REINER ASSOCIATES, INC., <br><br> Defendant. <br><br> REINER ASSOCIATES, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> SEACLOUD SOFTWARE, LLC, and XAVIER LAUNAY <br><br> Counterclaim-Defendant. | **Case No.: CV12-1848-MEJ** <br><br> **STIPULATION TO EXTEND TIME TO RESPONSE TO REINER ASSOCIATES, INC.'S ANSWER AND COUNTERCLAIMS** <br><br> Answer and Counterclaims Served: May 14, 2012 <br> Current Response Date: June 4, 2012 <br> New Response Date: June 18, 2012 |

STIPULATION TO EXTENT TIME

- 1 -

IT IS HEREBY STIPULATED AND AGREED by Defendant/Counterclaim Plaintiff Reiner Associates, Inc. ("Reiner"), on the one hand, and Plaintiff/Counterclaim Defendant Seacloud Software, LLC ("Seacloud") and Counterclaim Defendant Xavier Launay ("Launay"), on the other hand, through their undersigned respective counsel, as follows:

## RECITAL

WHEREAS, Reiner's Answer and Counterclaims were served on Seacloud and Launay through their counsel on May 14, 2012;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(B), Seacloud and Launay must respond to Reiner's Answer and Counterclaims within twenty (21) days, or by June 4, 2012;

WHEREAS, Local Rule 6-1(b) permits the parties to extend the time for Seacloud and Launay to respond to Reiner's Answer and Counterclaims;

WHEREAS, the parties have not made any previous stipulations to extend Seacloud's and Launay's time to respond to Reiner's Answer and Counterclaims;

WHEREAS, the parties are currently in settlement negotiations and, to that end, desire to extend the time for Seacloud and Launay to respond to Reiner's Answer and Counterclaims; and

WHEREAS, Reiner has agreed to extend Seacloud's and Launay's time to respond to Reiner's Answer and Counterclaims by fourteen (14) days, through and including June 18, 2012;

## STIPULATION

Based on the foregoing, the parties stipulate that Plaintiff/Counterclaim Defendant Seacloud Software, LLC and Counterclaim Defendant Xavier Launay shall have an additional fourteen (14) days, through June 18, 2012, to respond to Defendant/Counterclaim Plaintiff Reiner Associates, Inc.'s Answer and Counterclaims.

/ / /

/ / /

/ / /

Dated: June 4, 2012								Respectfully Submitted:

By ___/s/Lynn M. Terrebonne___
Lynn M. Terrebonne
RAJ ABHYANKER, P.C.
Attorneys for Plaintiff/Counterclaim Defendant, *SEACLOUD SOFTWARE, LLC* and
Counterclaim Defendant *XAVIER LAUNAY*

Dated: June 4, 2012								Respectfully Submitted:

By ___/s/Perry J. Narancic___
Perry J. Narancic
LEXANALYTICA, PC
Attorneys for Defendant/Counterclaim Plaintiff *Reiner Associates, Inc.*

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Date: ___June 5, 2012___

_____
Honorable Maria-Elena James
Chief Magistrate Judge

*Raj Abhyanker, P.C.*
*Mountain View, CA*
*rajpatent.com*