United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEACLOUD SOFTWARE, LLC.,

    Plaintiff,

  v.

REINER ASSOCIATES, INC.,

    Defendant.
                                /

REINER ASSOCIATES, INC.,

    Counterclaim Plaintiff,

  v.

SEACLOUD SOFTWARE, INC.,
and XAVIER LAUNAY,

    Counterclaim Defendants.
                                /

No. C 12-01848 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court hereby **CONTINUES** the case management conference to **AUGUST 9, 2012, AT 11:00 A.M.** The courtroom telephone equipment makes it difficult to hold hearings thereon.

    **IT IS SO ORDERED.**

Dated: July 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE