1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   SEACLOUD SOFTWARE, LLC.,

11              Plaintiff,                          No. C 12-01848 WHA

12       v.

13   REINER ASSOCIATES, INC.,                      **ORDER CONTINUING CASE**
                                                   **MANAGEMENT CONFERENCE**
14              Defendant.

15   _____/

16   AND RELATED COUNTERCLAIM.

17   _____/

18          Due to the parties' notice of a settlement in the captioned case, the case management

19   conference is CONTINUED to AUGUST 23, 2012, AT 11:00 A.M.

20

21          IT IS SO ORDERED.

22

23   Dated:   August 7, 2012.                      _____
                                                   WILLIAM ALSUP
24                                                 UNITED STATES DISTRICT JUDGE
25
26
27
28

**United States District Court**
For the Northern District of California